**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARITZA R. NOVACK,                    :    No. 245 MAL 2016
                                      :
                    Respondent        :
                                      :
                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court
          v.                          :
                                      :
                                      :
                                      :
ANTHONY A. NOVACK,                    :
                                      :
                    Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.